IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ƧMM D.C.
05 NOV -8 AM 8:25

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

**UNITED STATES OF AMERICA**

V.                                                                                                  05-20310-05-Ma

**ANDRE DEMARCUS GIBBS**

## ORDER ON ARRAIGNMENT

This cause came to be heard on _11-9-05_, the United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME _James Thomas_ who is Retained/Appointed.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

_✓_ The defendant, who is not in custody, may stand on his present bond.
___ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

_S. Thomas Anderson_
UNITED STATES MAGISTRATE JUDGE

CHARGES: 18:371; 18:2314 & 18:2;

U. S. Attorney assigned to Case: J. Murphy

Age: _22_

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _11-14-05_

36

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 2:05-CR-20310 was distributed by fax, mail, or direct printing on November 14, 2005 to the parties listed.

---

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Murray B. Wells
HORNE GILLULY & WELLS, PLLC
81 Monroe Ave.
Ste. 400
Memphis, TN 38103

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT