PS 42
(Rev 7/93)

# United States District Court

2005 NOV 28  AM 10: 48

## Western District of Tennessee

| | |
|---|---|
| **United States of America** | ) |
| | ) |
| vs | ) |
| | ) |
| Andre Demarcus Gibbs | )   Case No. 02/05-20310-005 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Andre Demarcus Gibbs, have discussed with Kevin M. Fales, Pretrial Services Officer Assistant, modification of my release conditions as follows:

1) Refrain from unlawful possession or use of a narcotic drug or other controlled substance.
2) Submit to substance abuse testing as directed by the pretrial services officer or supervising officer.
3) Participate in substance abuse treatment, if deemed advisable by the pretrial services officer or supervising officer.

I consent to this modification of my release conditions and agree to abide by this modification.

_____    11/22/05    K. Fales _____    11/16/05
Signature of Defendant          Date        Pretrial Services Officer Assistant    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____    11/16/05
Signature of Defense Counsel    Date

[X] The above modification of conditions of release is ordered, to be effective on  Nov. 25, 2005

[ ] The above modification of conditions of release is _not_ ordered.

_____    November 25, 2005
Signature of Judicial Officer    Date

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  11-30-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 48 in case 2:05-CR-20310 was distributed by fax, mail, or direct printing on November 30, 2005 to the parties listed.

---

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Murray B. Wells
HORNE GILLULY & WELLS, PLLC
81 Monroe Ave.
Ste. 400
Memphis, TN 38103

Ross Sampson
GARRETT & ASSOCIATES
605 Poplar Ave.
Memphis, TN 38105

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

James Edward Thomas
LAW OFFICE OF JAMES E. THOMAS
One Commerce Square
Ste. 1540
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT